CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

*4:19-cv-139-JPB*

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

BH

AUG 0 9 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

*Incident Occured*
*on*
*July 3rd 2017*
*Amended Complaint*

James A. Johnson
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

James Holland and
Walker County Sheriff Dept.
_____
(Enter above the full name of the defendant(s).)

## I.   Previous Lawsuits

A.   Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( )      No (✓)

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is
more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff(s):   _____
_____

Defendant(s):   _____
_____

2.   Court (name the district):

_____
_____

3.   Docket Number:   _____

Rev. 12/5/07

I.   **Previous Lawsuits (Cont'd)**

    4.   Name of judge to whom case was assigned: _____

    5.   Did the previous case involve the same facts?

          Yes ( )    No ( )

    6.   Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):
          _____
          _____

    7.   Approximate date of filing lawsuit: _____

    8.   Approximate date of disposition: _____

II.   **Exhaustion of Administrative Remedies**
Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted.  Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A.   Place of Present Confinement:   _Wheeler Corr. Facility_

    B.   Is there a prisoner grievance procedure in this institution?

          Yes (✓)    No ( )

    C.   Did you present the facts relating to your complaint under the institution's grievance procedure?

          Yes (✓)    No ( )

    D.   If your answer is YES:
        1.   What steps did you take and what were the results?
          _Filed Grievance against Officer for_
          _excessive force, Agg. Ass. Attempted_
          _murder, Grievance Denied told to_
          _get a Lawyer_

        2.   If your answer is NO, explain why not: _____
          _____
          _____

III.   **Parties**
(In item A below, place your name in the first blank and place your present address in the second blank.)

A.   Name of Plaintiff:   *James A Johnson*

Address(es):   *Wheeler Corr Facility*
*P.O. Box 466*
*Alamo, Ga. 30411*

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.   Defendant(s):   *James D. Holland*

Employed as   *Walker County Sheriff Dept*

at

IV.   **Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

*On July 3d 2017 Officer Holland*
*Started beating my face with handcuffs, Then*
*I took handcuff off his fist He jumped up*
*and shot me in the chest saying I'm going*
*to kill you Then shot my leg*

Rev. 12.5/97

IV.   Statement of Claim (Cont'd)

V.   Relief

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I want Officer Holland Sued for
excessive force and charged for his
crimes

Rev. 12/5/07

V.     Relief (Cont'd)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Singed this _____1_____ day of _____August_____, 20 _19_.


_____
Signature of Plaintiff

STATE OF _Georgia_____
COUNTY (CITY) OF _Alamo_____

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON _8-1-19_____
                        (Date)


_____
Signature of Plaintiff

Rev. 12/5/07